UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL NETTIE, individually and on behalf all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| - v. - | ) ) | Case No. 06-0236-CV-W-ODS |
| H&R BLOCK INC., ET AL | ) ) | Judge Ortrie D. Smith |
| Defendants. | ) ) | |
| ──────────────────────────── | ) ) | |
| PHYLLIS J. WINTERS, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| - v. - | ) ) | Case No. 04:06-CV-00243-NKL |
| H&R BLOCK INC., ET AL | ) ) | Judge Nannette Laughrey |
| Defendants. | ) ) | |
| ──────────────────────────── | ) ) | |
| PRISCILLA FISK, | ) ) | |
| Plaintiff, | ) ) | |
| - v. - | ) ) | |
| MARK A. ERNST, ET AL | ) ) | |
| Defendants, | ) ) ) | Case No. 4:06-CV-00350-RED Judge Richard E. Dorr |
| - and - | ) ) | |
| H&R BLOCK INC., | ) ) | |
| Nominal Defendant. | ) ) | |
| ──────────────────────────── | ) ) | |

KC01DOCS\788160.1

C022788

| | |
|---|---|
| ROBERT LANG, )<br>)<br>Plaintiff, )<br>)<br>- v. - )<br>)<br>MARK A. ERNST, ET AL )<br>)<br>Defendants, )<br>)<br>- and - )<br>)<br>H&R BLOCK INC., )<br>)<br>Nominal Defendant. )<br>_____ )<br> )<br>DORIS STAEHR )<br>)<br>Plaintiffs, )<br>)<br>- v. - )<br>)<br>MARK A ERNST, et al. )<br>)<br>Defendants, )<br>)<br>- and - )<br>)<br>H&R BLOCK INC., )<br>)<br>Nominal Defendant. )<br>_____ )<br> ) | Case No. 4:06-CV-00351-SOW<br>Judge Scott O. Wright<br><br><br><br><br><br><br><br><br><br><br><br>Case No. 06-284-CV-W-GAF<br>Judge Gary A. Fenner |

| | |
|---|---|
| STEPHEN T. HIBBARD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| - v. - ) | |
| ) | |
| MARK A ERNST, et al. ) | |
| ) | Case No. 5:06-CV-6059 |
| Defendants, ) | Judge Howard F. Sachs |
| ) | |
| - and - ) | |
| ) | |
| H&R BLOCK INC., ) | |
| ) | |
| Nominal Defendant. ) | |
| ) | |
| ) | |

## MOTION TO CONSOLIDATE

Pursuant to Federal Rule of Civil Procedure 42(a), all Defendants and Nominal Defendant H&R Block, Inc. (collectively "Defendants") hereby move to consolidate the following related cases: Case No. 06-0236-CV-W-ODS ("Nettie"), Case No. 04:06-CV-00243-NKL ("Winters"), Case No. 06-284-CV-W-GAF ("Staehr"), Case No. 4:06-CV-00351-SOW ("Lang"), Case No. 4:06-CV-00350-RED ("Fisk"), and Case No. 5:06-CV-6059 ("Hibbard"). In support of this Motion, Defendants state as follows:

1. All six cases assert claims that are premised on the same fundamental factual allegations.

2. Both the parties and the Courts will benefit from the elimination of duplicate briefing, repetitious discovery, recurring evidentiary and legal issues, and the reduced number of possible jury trials. Further, consolidation would curb the possibility of inconsistent rulings.

3. Consolidation of the six cases at issue will not result in any confusion, undue delay or unfair prejudice to any party.

4. Accordingly, given the benefits of judicial convenience likely to result from consolidation of these matters, consolidation under Fed. R. Civ. P. 42(a) is both proper and warranted.

5. The grounds in support of this Motion are more fully set out in the accompanying Suggestions in Support, and are incorporated herein by reference.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court grant this Motion to Consolidate, assign the consolidated cases to the <u>Nettie</u> Court, and for such other relief as deemed necessary under the circumstances.

Dated: May 26, 2006

**BRYAN CAVE LLP**

*s/s W. Perry Brandt*
| | |
|---|---|
| W. Perry Brandt | MO # 28292 |
| Robert M. Thompson | MO # 38156 |
| Christopher C. Javillonar | MO # 55197 |

One Kansas City Place
1200 Main Street, Suite 3500
Kansas City, MO 64105-2100
Tel: 816-374-3200
Fax: 816-374-3300
perry.brandt@bryancave.com
rmthompson@bryancave.com
christopher.javillonar@briancave.com

Attorneys for Defendants and for Nominal Defendant

*and*

**WILLKIE FARR & GALLAGHER LLP**
Richard L. Posen
Thomas H. Golden
Sameer Advani
787 7th Avenue
New York, NY 10019-6099
Tel: 212-728-8000
Fax: 212-728-8111

- 4 -

C022788

rposen@willkie.com
tgolden@willkie.com
sadvani@willkie.com

Attorneys for Defendants Ernst, Nachbor, Trubeck, Coleman, Cotroneo, Wilson and Yabuki, and for Nominal Defendant H&R Block, Inc.

*and*

**WILSON SONSINI GOODRICH & ROSATI, P.C.**
Steven M. Schatz
Jerome F. Birn, Jr.
650 Page Mill Road
Palo Alto, CA 94304
Tel: 650-493-9300
Fax: 650-565-5100
sschatz@wsgr.com
jbirn@wsgr.com

Attorneys for Defendants Bloch, Ecton, Frigon, Hale, Lauer, Lewis, Seip, Smith, Wilkins and Baum

## Certificate of Service

      I hereby certify that on May 26, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the counsel of record.

      *s/s W. Perry Brandt*

      An Attorney for Defendants